Richard G. Grant
Tex. Bar No. 08302650
Lynnette R. Warman
Tex. Bar No. 20867940
CULHANE, PLLC
National Litigation Support Center
13101 Preston Road, Suite 110-1510
Dallas, Texas 75240
Telephone: 214-210-2929
Email: rgrant@cm.law
Email: lwarman@cm.law

PROPOSED ATTORNEYS FOR
DEBTORS IN POSSESSION

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| In re: | § | |
| | § | |
| AMERGENT HOSPITALITY GROUP, INC.; | § | Case No. 24-48483 |
| I10/I20 CUISINE LLC; | § | Case No. 24-48482 |
| LBB ACQUISITION, LLC; | § | Case No. 24-48484 |
| LBB ACQUISITION 1 LLC; | § | Case No. 24-48485 |
| LBB PLATFORM LLC; | § | Case No. 24-48487 |
| LBB LAKE OSWEGO LLC; | § | Case No. 24-48489 |
| LBB PROGRESS RIDGE LLC; | § | Case No. 24-48490 |
| NOVENO LLC; | § | Case No. 24-48491 |
| QUINTO LLC; | § | Case No. 24-48492 |
| SEXTO LLC; and | § | Case No. 24-48493 |
| CUARTO LLC, | § | Case No. 24-48494 |
| | § | Chapter 11 |
| Debtors. | § | (Joint Administration Requested) |

**DECLARATION OF MIKE PRUITT
IN SUPPORT OF DEBTORS' FIRST DAY MOTIONS**

I, Mike Pruitt, hereby declare under penalty of perjury as follows:

1.      I am the President of Amergent Hospitality Group, Inc. ("AHGI" and, together with the other above-captioned debtors, the "Debtors'), organized under the laws of the state of Delaware and a debtor and debtor in possession in the above-captioned chapter 11 case.  I have served the Debtor as its President since April 7, 2024.  I generally am familiar with the Debtor's day-to-day operations, business and financial affairs, and books and records.

2.      Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge, my discussions with other members of the Debtor's management team and the Debtor's advisors, my review of relevant documents and information concerning the Debtor's operations, financial affairs, and prior restructuring initiatives, and/or my opinions based upon my experience and knowledge.  If called as a witness, I could and would testify competently to the facts set forth in this Declaration.  I am authorized to submit this Declaration on behalf of the Debtor.

### OVERVIEW

3.      AGHI owns and operates approximately 5 fast-casual restaurant brands:  Little Big Burger ("LBB"); Burgers Grilled Right ("BGR"); Boudreaux's Cajun Kitchen ("BCK"); Jaybee's Chicken Palace and PizzaRev.   Not all of the subsidiaries of AGHI have filed for Chapter 11 at this time.  Only the parent company, AGHI, and its subsidiaries for the LBB and BCK brands have filed at this time.  The Debtors' operational restaurants are described in **Exhibit A** attached hereto.

4.      AGHI's principal office is located at 7529 Red Oak Lane, Charlotte, North Carolina 28226.  The Debtors own no real estate, but lease each of the store locations.  The primary tangible assets of the Debtors consist of the leased locations, store-level bank accounts and a small amount of accounts receivable in the form of credit card receipts (typically 1-3 days).

5.      The board of directors of AHGI consists of Mike Pruitt, Eric Wagoner and Keith Johnson.  The officers of the Debtor include myself as CEO/President and Steve Hoelscher as CFO.  Subsidiaries of AHGI are specified in **Exhibit B** attached hereto (the "Organization Chart), which also indicates filing and non-filing subsidiaries.  In general, each store location is held in a

limited liability company (a "Store Subsidiary")[1] organized in the state of the store location.  All Store Subsidiaries are owned by a brand parent company (a "Brand Subsidiary") such as nondebtors BGR Acquisitions, LLC (holds BGR stores), Debtor LBB Acquisition, LLC (holds LBB) and Debtor I10/I20 Cuisine LLC (holds BCK brand, hereinafter, "BCK").  All of BCK stores are directly leased by I10/I20 Cuisine, LLC, which has no subsidiaries.

## SECURED CLAIMS

6.       Secured claimants of the Debtors consist of store-level Receivables Purchase Financing (the LBB Stores), the Boudreaux's Seller Financing (BCK only), and the Oz Rey Secured Debentures (AGHI parent level), discussed as follows:

7.       BCK Seller Financing.  BCK acquired certain of the BCK restaurants from Boudreaux's Cajun Kitchen, Inc., a Texas corporation, unaffiliated with the Debtors (the "BCK Seller"), in approximately March, 2023.  BCK allegedly executed (a) a 6.0% Secured Convertible Promissory Note (the "BCK Seller Note") in favor of the BCK Seller; and (b) a Security Agreement in all personal property and proceeds.  A Guaranty was allegedly executed by AHGI of the BCK Seller Note.  The BCK Seller filed a UCC1 Financing Statement against BCK on or about March 28, 2023.  Rewards Network is not a party to a Deposit Account Control Agreement.  Accordingly, the Debtor asserts that the BCK Seller at most has a perfected security interest in the BCK' FF&E, accounts receivable and the proceeds thereof.  The Debtor estimates the asserted balance of the BCK Seller Note to be $1.3MM.

8.       Rewards Network Receivables Purchase Financing.  Rewards Network Establishment Services Inc., a Delaware corporation ("Rewards Network") and the LBB Store

---

[1] The BCK Stores all collectively owned by I10/I20 Cuisine, LLC, which is both the Store Subsidiary as well as the Brand Subsidiary.

Subsidiaries are parties to a *Rewards Network Receivables Purchase and Marketing Agreement* dated April 5, 2023.  Rewards Network is not a party to a Deposit Account Control Agreement. There is no UCC1 on file with Rewards Network as a named secured party; however, there are UCC1s filed by Corporation Service Company, as representative, that appears to be Financing Statements for an accounts receivable purchaser, covering all personal property, fixtures and proceeds.  Accordingly, the Debtor asserts that Rewards Network at most has a perfected security interest in the LBB Store Subsidiaries FF&E, accounts receivable and the proceeds thereof.  The Debtor estimates Rewards Network asserts a claim against the LBB Store Subsidiaries in the amount of $344,000.

9.      <u>BCK Receivables Purchase Financing.</u>  Libertas Funding, LLC ("Libertas") is a party to an *Agreement[s] of Sale of Future Receipts* with Boudreaux's and AHGI (Boudreaux's Cajun Kitchen) dated January 25, 2024 and March 13, 2024.  Libertas is not a party to a Deposit Account Control Agreement but holds an ECF Authorization only. There is no UCC1 on file with Libertas as a named secured party; however, there is a UCC1 filed by Corporation Service Company, as representative, that appears to be a Financing Statement for an accounts receivable purchaser, covering "all personal property and fixtures…. and proceeds."  Accordingly, the Debtor asserts that Libertas at most has a perfected security interest in BCK's FF&E, accounts receivable and the proceeds thereof, subordinate to that of the BCK Seller Note.  The Debtor estimates Libertas' asserts a claim against Boudreaux's in the amount of $344,000.

10.     <u>LBB Platform Receivables Purchase Financing</u>.  LG Funding LLC ("LG Funding") and LBB Platform LLC are parties to a *Standard Merchant Cash Advance Agreement* dated January 25, 2024.  LG Funding is not a party to a Deposit Account Control Agreement. There is no UCC1 on file with LG Funding as a named secured party and none that appear to be filed by

any nominee. Accordingly, the Debtor asserts that LG Funding is likely unsecured as having failed to file a Financing Statement. The Debtor estimates LG Funding's claim against LBB Platform, LLC at $20,228.

11.    LBB Division Receivables Purchase Financing. LG Funding and Quinto LLC are parties to a *Standard Merchant Cash Advance Agreement* dated January 25, 2024. LG Funding is not a party to a Deposit Account Control Agreement. There is no UCC1 on file with LG Funding as a named secured party and none that appear to be filed by any nominee. Accordingly, the Debtor asserts that LG Funding is likely unsecured as having failed to file a Financing Statement. The Debtor estimates LG Funding's claim against Quinto LLC at $15,171.

12.    LBB Progress Receivables Purchase Financing. Kapitus LLC ("Kapitus") and LBB Progress Ridge LLC are parties to a *Forward Purchase Agreement (Fixed ACH Delivery)* dated October 4, 2023. LG Funding is not a party to a Deposit Account Control Agreement. This agreement is purportedly cross-collateralized with assets of AHGI, Quinto LLC, Noveno LLC, LBB Platform, LLC and I10/I20 Cuisine LLC (the "Debtor Kapitus Collateral Parties") and other non-debtor affiliates;[2] however, no party other than arguably LBB Progress Ridge, LLC signed the agreement. There is no UCC1 on file with Kapitus as a named secured party; however, there is a UCC1 filed in late October, 2023 by CT Corporation System, as representative, that appears to be a Financing Statement for an accounts receivable purchaser, covering Receivables, Inventory, Equipment, … and proceeds thereof. Accordingly, the Debtor asserts that LG Funding at most has a perfected security interest in the Debtor LBB Progress Ridge, LLC's FF&E, accounts receivable and the proceeds thereof, subordinate to that of Rewards Network. The Debtor estimates LG Funding assets a claim against LBB Platform, LLC in the amount of $71,487.

---

[2] Primero LLC; LBB Multnomah Village LLC, and Oregon Owls Nest LLC.

13.     <u>Oz Rey Secured Debentures</u>. Secured claims asserted against the parent entity, AHGI, include the Oz Rey Debentures.  On or about April 1, 2020, AHGI issued 10% Secured Convertible Debentures (the "Oz Rey Debentures") in the original principal amount of $4,037,889.00 to Oz Rey, LLC ("Oz Rey").  On or about March 29, 2022, AHGI issued 8% Senior Unsecured Convertible Debentures (the "Senior Debentures") in the collective amount of $1,350,000 to Eric D'Olive ($50k);[3] Equity Markets Adv LLC c/o Stephen Apolant ($250k); Bruce and Judy K. Hankerson ($150k); Michael Ho ($250k);[4] Lisa E. Mannion ($150k); Pinous Reisz ($250k); and Seacor Capital Inc. ($250k).   The Oz Rey Debentures were assertedly (i) secured by that certain Security Agreement dated April 1, 2020 and (ii) guaranteed by a Subsidiary Guarantee dated April 1, 2020, both executed by AHGI and certain of, but not all, of the subsidiaries.[5]  Oz Rey executed one or more Subordination Agreements dated March 29, 2022, subordinating the right to collection on the Oz Rey Debentures to the Senior Debentures. Oz Rey filed a single UCC1 Financing Statement against AHGI (but not against any other Debtor) on April 1, 2020 covering "all assets" of AHGI.   The Debtor estimates Oz Rey to assert a claim under the Oz Rey Debentures in the amount of $4,037,889 and the Senior Debentures to assert a claim in the amount of $1,300,000.

## UNENCUMBERED PROPERTY

According to the Debtor's estimates, the Debtors' restaurants have a combined EBITDA of approximately $1.1MM.  This would imply a value (utilizing a 0.33 DCF or 3x multiple) of over $3.6MM.  Although the Debtors collectively have cash, accounts, receivables, inventory and equipment with a roughly estimated value of $500,000, the primary value of the Debtors is

---

[3] This obligation was paid and retired in 2023.
[4] This Debenture was since purchased by MVA HH, LLC, a direct affiliate of Oz Rey.
[5] BCK does not appear to have executed the guaranty.

found in the restaurant leases themselves. The leases for the locations are in the names of the respective Store Subsidiaries. No leasehold mortgages nor collateral assignment of lease as security has been found with respect to the leasehold estates of any of the Debtors' store leases. This implies a value of unencumbered property of the Store Subsidiaries in excess of $3.0MM.

## HISTORY AND EVENTS LEADING TO CHAPTER 11

14. AHGI (formerly Chanticleer Holdings) launched June of 2005 as an investment company. In 2007, AHGI converted to an operating company with opportunity to focus on the hospitality and leisure dining space after the death of the founder of Hooters which was one of AHGI's investments. In late 2007, I relinquished the President title of AHGI but remained as Chairman/CEO focused on investor relations and M & A opportunities. In 2015, AHGI acquired Little Big Burger in 2015 for $6 million, $4 million in cash & $2 million in shares. The Debtor acquired Boudreaux's Cajun from Boudreaux's Cajun Kitchen, Inc. in March 17, 2023 for $3.75 million, including the BCK Seller Note. The Debtor raised preferred equity to make the first two payments, and the remainder was seller financed, as discussed above. The AGHI also acquired the restaurant/gaming facility in Jantzen Beach in October, 2022.

15. From 2016 to mid-2019 AGHI was in growth mode funded in part with debt. Decreased revenue due to COVID; new expenses associated with heavily regulated geographic markets; and other factors depleted company assets. The Debtors were forced to close a number of locations which resulted in extensive landlord deficiency claims and associated litigation costs. The Debtors have seen deterioration of profitability based on labor cost, commodity cost, inflation impact on our consumer and turnover in leadership.

16. After COVID, Oz Rey acquired certain of the outstanding obligations of AHGI on April 1, 2021 for funds for growth in our portfolio of brands in approximately 2014. AHGI sold

some of the brands in 2019, others closed during COVID or shortly thereafter. AHGI issued the Senior Debentures to raise funds to transaction costs on an attempted transaction with Everbowl (a San Diego company). AHGI has investigated multiple opportunities for merger or acquisition. The Debtors obtained the receivables financing discussed above to cover losses while such opportunities were investigated.

17.     In January 2024, given our significant downsizing, financial condition & our long time president resigning, I resumed as interim President. After analysis, the board of directors determined that Chapter 11 bankruptcy was necessary to prevent store lease evictions and terminations on profitable locations, critical vendor terminations and reprieve from loan payments while the Debtor seeks an orderly sale of assets preserving going concern value or other viable reorganization exit.

## FIRST DAY MOTIONS

18.     I submit this declaration (this "Declaration") in support of the Debtor's First Day Motions, which include the following (the "First Day Motions"):

- a.     Motion for Joint Administration;
- b.     Motion to Approve Cash Management System;
- c.     Motion to Pay Wages and Benefits;
- d.     Motion to Use Cash Collateral;
- e.     Motion to Pay Utilities;
- f.     Motion to Approve and Pay Insurance Premium Financing;
- g.     Motion to Extend Time to File Schedules/SOFA;
- h.     Motion to Pay Sales and Use Taxes; and
- i.     Motion regarding Noticing Procedures.

19.     In addition to the background information set forth above, I confirm that the factual assertions set forth in the First Day Motions are true and correct to the best of my knowledge.

**REPORTING COMPANY**

20.     AHGI is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to Sections 13 or 15(d) of the Securities Exchange Act of 1934.  AHGI last filed its 10-K on July 17, 2023 and an 8-K on July 28, 2023 and has not made any subsequent filings.

**VENUE**

21.     The respective States in which the Debtors are organized are indicated in Exhibit A attached hereto and consist of Delaware, Texas, Oregon and North Carolina.  The Debtors' primary assets are each located at the respective Store Level Subsidiaries in Oregon (Washington, Clackamas, Lane and Multnomah Counties) and Texas (Harris County).  The Debtors' principal offices and corporate-level employees are located in Charlotte, North Carolina (Mike Pruitt, President, and Michelle Arcidiacono, Secretary) and Austin, Texas (Steve Hoelscher, CFO).  The principals of the largest creditors of the Debtor office in Austin, Texas and New York, Florida, South Carolina and Georgia.  The Debtors have elected to file in the Northern District of Texas (Fort Worth Division by the filing of I10/I20 Cuisine, LLC, a Texas limited liability company, as the first case and selected the Northern District of Texas, Fort Worth Division, with the remainder as affiliate cases, under our understanding of *In re ERG Intermediate Holdings, LLC*, Case No. 15-31858-HDH-11, 2015 Bankr. LEXIS 3639, p.23; 61 Bankr. Ct. Dec. 202; 2015 WL 6521607 (Bankr. N.D. Texas October 26, 2015, J. Harlin D. Hale).

**LIQUOR LICENSES**

22.     The Oregon Liquor and Cannabis Commission has issued a license to Debtors Quarto LLC, Quinto LLC; Sexto LLC, LBB Progress Ridge LLC, Noveno, LLC, LBB Lake

Oswego LLC, LBB Platform LLC (all Little Big Burger locations) set to expire Q1-Q2 2025 (Q4 2024 for Noveno). The Texas Alcoholic Beverage Commission has issued Mixed Beverage Permits, Food and Beverage Certificates and Late Hours Certificates expiring April, 2025 to Debtor I10/I20 Cuisine LLC for the Boudreaux's Cajun Kitchen locations.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated: July 22, 2024

/s/ Mike Pruitt
MIKE PRUITT
President
Amergent Hospitality Group, Inc.

Dated: July 22, 2024

Respectfully Submitted,

CULHANE, PLLC

By:  ___/s/ Richard Grant_____
       Richard G. Grant
       Tex. Bar No. 08302650

National Litigation Support Center
13101 Preston Road, Suite 110-1510
Dallas, Texas 75240
Telephone: 214-210-2929
Email: rgrant@cm.law

PROPOSED ATTORNEYS FOR
DEBTORS IN POSSESSION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has transmitted a true and correct copy of the foregoing (a) via the Court's Electronic Case Filing system on the date of filing hereof to all persons participating therein and (b) in the manner and on the dates specified in the Certificate of Service of First Day Motions filed contemporaneously herewith, to the (i) the Office of the United States Trustee for the Northern District of Texas; (ii) the Debtors' secured creditors; (iii) the Debtors' twenty largest unsecured creditors; (iv) those persons who have formally appeared in this case and requested service pursuant to Bankruptcy Rule 2002; (v) the Internal Revenue Service; (vi) the Securities and Exchange Commission; and (vii) all other applicable government agencies to the extent required by the Bankruptcy Rules or the Local Rules.

       ___/s/ Richard Grant_____
       Richard G. Grant

**Exhibit A**
**Store Locations**

Amergent Hospitality Group, Inc.
Chapter 11 Filing Information
Store Locations

| Entity | Case No. | Sort | Brand | Org State | Store-Name | Store-Street | Store-City | Store-State | Store-Zip |
|---|---|---|---|---|---|---|---|---|---|
| Amergent Hospitality Group, Inc. | 24-42483 | 1 | Parent Company | Del | | 7529 Red Oak Ln | Charlotte | NC | 28226 |
| I10/I20 Cuisine LLC | 24-42482 | 2 | BCK: Boudreaux's Cajun Kitchen | TX | | | | | |
| Store 1 | | 3 | BCK: Boudreaux's Cajun Kitchen | | West Loop | 5475 West Loop South | Houston | TX | 77081 |
| Store 2 | | 4 | BCK: Boudreaux's Cajun Kitchen | | Woodridge | 2903 Woodridge Dr | Houston | TX | 77087 |
| Store 3 | | 5 | BCK: Boudreaux's Cajun Kitchen | | Williowbrook | 17595 Tomball Pkwy | Houston | TX | 77064 |
| LBB Acquisition, LLC | 24-42484 | 6 | LBB: Little Big Burger | NC | | | | | |
| LBB Acquisition 1 LLC | 24-42485 | 7 | LBB: Little Big Burger | OR | | | | | |
| LBB Platform LLC | 24-42487 | 8 | LBB: Little Big Burger | OR | Platform | 940 NE Orenco Station Loop | Hillsboro | OR | 97124 |
| LBB Lake Oswego LLC | 24-42489 | 9 | LBB: Little Big Burger | OR | Lake Oswego | 3 Monroe Pkwy Ste T | Lake Oswe | OR | 97035 |
| LBB Progress Ridge LLC | 24-42490 | 10 | LBB: Little Big Burger | OR | Progress Ridge | 12345 SW Horizon Blvd., Ste 41 | Beaverton | OR | 97007 |
| Cuarto LLC (Eugene) | 24-42494 | 11 | LBB: Little Big Burger | OR | Eugene | 1404 Orchard St Suite B | Eugene | OR | 97403 |
| Noveno LLC (Alberta) | 24-42491 | 12 | LBB: Little Big Burger | OR | Alberta | 2038 NE Alberta St | Portland | OR | 97211 |
| Quinto LLC (Division) | 24-42492 | 13 | LBB: Little Big Burger | OR | Division | 3810 SE Division St | Portland | OR | 97202 |
| Sexto LLC (Waterfront) | 24-42493 | 14 | LBB: Little Big Burger | OR | Waterfront | 3704 SW Bond Ave | Portland | OR | 97239 |

**EXHIBIT B**
**ORGANIZATIONAL CHART**

