Richard G. Grant
Tex. Bar No. 08302650
Lynnette R. Warman
Tex. Bar No. 20867940
CULHANE, PLLC
National Litigation Support Center
13101 Preston Road, Suite 110-1510
Dallas, Texas 75240
Telephone: 214-210-2929
Email: rgrant@cm.law
Email: lwarman@cm.law

PROPOSED ATTORNEYS FOR
DEBTORS IN POSSESSION

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AMERGENT HOSPITALITY GROUP, INC.; | § | Case No. 24-42483 |
| I10/I20 CUISINE LLC; | § | Case No. 24-42482 |
| LBB ACQUISITION, LLC; | § | Case No. 24-42484 |
| LBB ACQUISITION 1 LLC; | § | Case No. 24-42485 |
| LBB PLATFORM LLC; | § | Case No. 24-42487 |
| LBB LAKE OSWEGO LLC; | § | Case No. 24-42489 |
| LBB PROGRESS RIDGE LLC; | § | Case No. 24-42490 |
| NOVENO LLC; | § | Case No. 24-42491 |
| QUINTO LLC; | § | Case No. 24-42492 |
| SEXTO LLC; and | § | Case No. 24-42493 |
| CUARTO LLC, | § | Case No. 24-42494 |
| | § | Chapter 11 |
| Debtors. | § | (Joint Administration Requested) |

**NOTICE OF CORRECTED CASE NUMBERS IN CAPTION**

PLEASE TAKE NOTICE that the following pleadings were filed on July 22, 2024 with an errata in the caption. Each of the Case Nos. listed in the erroneous caption commenced with the sequence "24-484…" Each of the Case Nos. should have commenced with the sequence "24-424.." as set forth in the caption above. This errata relates to the following pleadings:

  a. Debtors' Motion for an Order Directing Joint Administration of Chapter 11 Cases;

  b. Emergency Motion for an Order Approving Interim and Final Use of Cash Collateral and Granting Adequate Protection;

  c. Debtors' Motion for Entry of Interim and Final Orders Authorizing Debtors to (I) Continue Use of Existing Bank Accounts and Business Forms; (II) Open

New Debtor in Possession Accounts; and (Iii) Continue Conducting Ordinary Course Intercompany Transactions;

     d.     Debtors' Motion for an Order Authorizing the Payment of Prepetition Employee Wages, Benefits, Business Expenses and Related Relief;

     e.     Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (a) Continue Insurance Coverage Entered into Prepetition and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, (C) Honor the Terms of the Premium Financing Agreements and Pay Premiums Thereunder, and (D) Enter into New Premium Financing Agreements in the Ordinary Course of Business, and (II) Granting Related Relief;

     f.     Debtors' Motion for Entry of an Order (a) Authorizing, but Not Requiring, the Debtors to Remit and Pay Sales and Use Taxes and Certain Other Government Charges; and (B) Authorizing Banks and Other Financial Institutions to Receive, Process, Honor, and Pay Checks Issued and Electronic Payment Requests Made Relating to the Foregoing;

     g.     Motion of Debtors for Entry of Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (II) Approving Debtors' Proposed Form of Adequate Assurance of Payment, (Iii) Establishing Procedures for Determining Adequate Assurance of Payment, and (Iv) Scheduling a Final Hearing;

     h.     Motion for an Extension of Time to File Schedules of Assets and Liabilities, Schedule of Executory Contracts, and Statement of Financial Affairs;

Dated: July 22, 2024

Respectfully Submitted,

CULHANE, PLLC


By:   /s/ Richard Grant        
     Richard G. Grant
     Tex. Bar No. 08302650

National Litigation Support Center
13101 Preston Road, Suite 110-1510
Dallas, Texas 75240
Telephone: 214-210-2929
Email: rgrant@cm.law

PROPOSED ATTORNEYS FOR
DEBTORS IN POSSESSION

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that he has transmitted a true and correct copy of the foregoing (a) on July 22, 2024 via the Court's Electronic Case Filing system on the date of filing hereof to all persons participating therein and (b) via electronic mail on July 22, 2024 prior to 4:30 p.m. to the email addresses indicated in the attached Short Service List.

/s/ Richard Grant
Richard G. Grant

**Short Service List**
**In re Amergent Hospitality Group, Inc.**
**Case No. 24-42483-MXM-11**

7/22/2024

| Type | Name | Address 1 | Address 2 | City | State | Zip | Contact Email Address |
|------|------|-----------|-----------|------|-------|-----|-----------------------|
| 1 - Debtor | Amergent Hospitality Group, Inc. | | | | | | mp@amergenthg.com |
| 2 - Debtor's Counsel | Richard G. Grant, Esq. | National Litigation Service Center | 13101 Preston Road, Suite 110-1510 | Dallas | TX | 75240 | rgrant@cm.law |
| 3 - United States Trustee | Office of the United States Trustee | 1100 Commerce Street, Room 976 | | Dallas | TX | 75242-1699 | Susan.Hersh@usdoj.gov |
| 4 - Internal Revenue Service | Internal Revenue Service | Special Procedures - Insolvency | PO Box 7346 | Philadelphia | PA | 19101-7346 | - |
| 5 - Landlord | BFO 45 LTD | 8554 KATY FREEWAY #301 | | HOUSTON | TX | 77024 | bernice@freewayproperties.net |
| 5 - Landlord | BFO 45, LTD., | 8554 Katy Freeway #301 | | Houston | TX | 77024 | bernice@freewayproperties.net |
| 5 - Landlord | Pin Oak Center LTD | 8554 KATY FREEWAY #301 | | HOUSTON | TX | 77024 | bernice@freewayproperties.net |
| 5 - Landlord | Pin Oak Center LTD | 8554 Katy Freeway #301 | | Houston | TX | 77024 | bernice@freewayproperties.net |
| 5 - Landlord | Willowbrook I Shopping Center LLC | 6372 Santa Monica Blvd | | Los Angeles | CA | 90038 | ncramer@newquest.com |
| 5 - Landlord | Willowbrook I Shopping Center LLC | 6372 Santa Monica Blvd | | Los Angeles | CA | 90038 | ncramer@newquest.com |
| 5 - Landlord | c/o NewQuest Properties | PO Box 679642 | | Dallas | TX | 75267 | ncramer@newquest.com |
| 5 - Landlord | Houston Gulfgate Partners LP | PO BOX 203354 | | DALLAS | TX | 75320-3354 | htaylor@wulfe.com |
| 5 - Landlord | Houston Gulfgate Partners, L.P. | PO Box 203354 | | Dallas | TX | 75320 | htaylor@wulfe.com |
| 5 - Landlord | c/o Wulfe Management Services Inc | 1800 Post Oak Blvd #400 | | Houston | TX | 77056 | htaylor@wulfe.com |
| 5 - Landlord | Federal Realty Investment Trust | Federal Realty #500-1560 | PO Box 9320 | Philadelphia | PA | 19178-9320 | CArriaga@federalrealty.com |
| 5 - Landlord | Federal Realty Investment Trust | 1626 East Jefferson Street | | Rockville | MC | 20852-4041 | reconcilliations@federalrealty.com |
| 5 - Landlord | DKOOP Properties, LLC | 5745 SW Arrowwood Ln | | Portland | OR | 97225 | dkoop@comcast.net |
| 5 - Landlord | PDX Metro Commercial, LLC. - Little Big Burger Alberta | 2105 NE Cesar E Chevez Blvd | Suite #220 | Portland | OR | 97212 | cgilbert@windermere.com |
| 5 - Landlord | Courtside - UCAL, LLC - Little Big Burger Eugene | 1425 Villard St | | Eugene | OR | 97403 | Dennis.Dayan@gsagroup.com |
| 5 - Landlord | RREEF America REIT II Corp. GG | 200 Crescent Crt #510 | | Dallas | TX | 75201 | michele.baker@am.jll.com |
| 5 - Landlord | MVUAA LLC | 111 SW Columbia Street, Suite 1100 | | Portland | OR | 97201 | bradler@radlerwhite.com |
| 5 - Landlord | Inge H Jauch | 389 Sugar Mill Dr | | Osprey | FL | 34229 | |
| 5 - Landlord | NASH - Holland Central Podium Project, LLC | 1111 Main Street, Suite 700 | | Vancouver | WA | 98660 | mholtze@hollandpartnergroup.com |
| 5 - Landlord | DSRG LP - Little Big Burger Progress Ridge | DSRG - Progress Ridge | PO BOX 664001 | Dallas | TX | 75266 | jalexander@sussmanshank.com |
| 5 - Landlord | Progress Ridge TS LLC | 19767 SW 72nd Avenue, Suite 100 | | Tualatin | OR | 97062 | |
| 5 - Landlord | ORE 3810 D STREET LLC | 6520 Earl Avenue NW | | Seattle | WA | 98117 | tim@overlandrealestate.net |
| 5 - Landlord | The Ardea - Mept 3720 Portland - Little Big Burger Waterfront | 3720.SW Bond Ave. #150 | | Portland | OR | 97239 | ardeamgr@greystar.com |
| 6 - Secured Creditor | 2022 Lisa E. Mannion Revocable Trust | 4047 St Georges CT | | Duluth | GA | 30096 | manager@fourthstreetfund.com |
| 6 - Secured Creditor | Boudreaux's Cajun Kitchen, Inc. | 6010 W Spring Creek Parkway | | Plano | TX | 75024 | michael.morales@ojoslocos.com |
| 6 - Secured Creditor | Bruce Hankerson, Judy Hankerson JT Ten/WROS | 4132 Carrollwood Villagr Dr | | Tampa | FL | 33618 | brucehankerson@icloud.com |
| 6 - Secured Creditor | Equity Markets Adv LLC | 98 Cutter Mill Rd, Suite 441 S | | Great Neck | NY | 11021 | steve@equitymarketsadv.com |
| 6 - Secured Creditor | Kapitus LLC | 2500 Wilson Blvd, Ste 350 | | Arlington | VA | 22201 | jmcspadden@kapitus.com |
| 6 - Secured Creditor | Kapitus LLC | 2500Wilson Blvd Suite 350 | | Arlington | VA | 22201 | jmcspadden@kapitus.com |
| 6 - Secured Creditor | Kapitus LLC | 2500Wilson Blvd Suite 350 | | Arlington | VA | 22201 | jmcspadden@kapitus.com |
| 6 - Secured Creditor | LG Funding LLC | 1218 Union Street | | Brooklyn | NY | 11225 | submissions@lgfunding.com |
| 6 - Secured Creditor | LG Funding LLC | 1218 Union Street | | Brooklyn | NY | 11225 | submissions@lgfunding.com |
| 6 - Secured Creditor | Libertas Funding LLC | 411 Putnam Ave, Suite 220 | | Greenwich | GA | 06380 | customer.service@libertasfunding.com |
| 6 - Secured Creditor | MVA HH LLC | 114 West 7th St, Suite 820 | | Austin | TX | 78701 | rhersch@mastodonventures.com |
| 6 - Secured Creditor | Oz Rey LLC | 114 West 7th Street, Suite 820 | | Austin | TX | 78701 | rhersch@mastodonventures.com |
| 6 - Secured Creditor | Pincus Reisz | 580 5th Ave #1203 | | New York | NY | 10036 | pinkyreisz@gmail.com |
| 6 - Secured Creditor | PizzaRev Acquisition LLC | 222 N canal St, Third Floor | | Chicago | IL | 60606 | rtlusty@clevelandave.com |
| 6 - Secured Creditor | Reward Network Establishment Services, Inc. | Notice required by email in agreement | | | | | clientservices@rewardsnetwork.com |
| 6 - Secured Creditor | Secor Capital Inc. | 90 Sunnyside Way | | New Rochelle | NY | 10804 | seacorcap@gmail.com |
| 6 - Secured Creditor | Small Business Administration | 4300 Amon Carter Blvd. Suite 114 | | Fort Worth | TX | 76155 | |
| 7 - Top 40 Unsecured | Oz Rey LLC | 114 West 7th Street, Suite 820 | | Austin | TX | 78701 | rhersch@mastodonventures.com |
| 7 - Top 40 Unsecured | Boudreaux's Cajun Kitchen, Inc. | 6010 W Spring Creek Parkway | | Plano | TX | 75024 | michael.morales@ojoslocos.com |
| 7 - Top 40 Unsecured | PizzaRev Acquisition LLC | 222 N canal St, Third Floor | | Chicago | IL | 60606 | rtlusty@clevelandave.com |
| 7 - Top 40 Unsecured | DKOOP Properties, LLC | 5745 SW Arrowwood Ln | | Portland | OR | 97225 | dkoop@comcast.net |
| 7 - Top 40 Unsecured | Libertas Funding LLC | 411 Putnam Ave, Suite 220 | | Greenwich | GA | 06380 | customer.service@libertasfunding.com |
| 7 - Top 40 Unsecured | Pincus Reisz | 580 5th Ave #1203 | | New York | NY | 10036 | pinkyreisz@gmail.com |
| 7 - Top 40 Unsecured | Equity Markets Adv LLC | 98 Cutter Mill Rd, Suite 441 S | | Great Neck | NY | 11021 | steve@equitymarketsadv.com |
| 7 - Top 40 Unsecured | Secor Capital Inc. | 90 Sunnyside Way | | New Rochelle | NY | 10804 | seacorcap@gmail.com |
| 7 - Top 40 Unsecured | MVA HH LLC | 114 West 7th St, Suite 820 | | Austin | TX | 78701 | rhersch@mastodonventures.com |
| 7 - Top 40 Unsecured | Small Business Administration | 4300 Amon Carter Blvd. Suite 114 | | Fort Worth | TX | 76155 | |
| 7 - Top 40 Unsecured | 2022 Lisa E. Mannion Revocable Trust | 4047 St Georges CT | | Duluth | GA | 30096 | manager@fourthstreetfund.com |
| 7 - Top 40 Unsecured | Bruce Hankerson, Judy Hankerson JT Ten/WROS | 4132 Carrollwood Villagr Dr | | Tampa | FL | 33618 | brucehankerson@icloud.com |
| 7 - Top 40 Unsecured | Raines Feldman PC | PO Box 4106 | | Woburn | MA | 01888-4106 | accounting@raineslaw.com |
| 7 - Top 40 Unsecured | Mastodon Ventures Inc. | 114 West 7th | Suite 820 | Austin | TX | 78701 | rhersch@mastodonventures.com |
| 7 - Top 40 Unsecured | Cherry Bekaert LLP - Chanticleer Holdings, Inc. | PO Box 25549 | | Richmond | VA | 23260-5500 | JFrey@cbh.com |
| 7 - Top 40 Unsecured | Houston Gulfgate Partners LP | PO BOX 203354 | | DALLAS | TX | 75320-3354 | htaylor@wulfe.com |
| 7 - Top 40 Unsecured | Reward Network Establishment Services, Inc. | Notice required by email in agreement | | | | | clientservices@rewardsnetwork.com |
| 7 - Top 40 Unsecured | Willowbrook I Shopping Center LLC | 6372 Santa Monica Blvd | | Los Angeles | CA | 90038 | ncramer@newquest.com |
| 7 - Top 40 Unsecured | BFO 45 LTD | 8554 KATY FREEWAY #301 | | HOUSTON | TX | 77024 | bernice@freewayproperties.net |

**Short Service List**
**In re Amergent Hospitality Group, Inc.**
**Case No. 24-42483-MXM-11**

7/22/2024

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7 - Top 40 Unsecured | STOUT RISIUS ROSS, LLC | P.O Box 71770 | | Chicago | IL | 60694-1770 | rcolucci@stout.com |
| 7 - Top 40 Unsecured | Kapitus LLC | 2500 Wilson Blvd, Ste 350 | | Arlington | VA | 22201 | jmcspadden@kapitus.com |
| 7 - Top 40 Unsecured | Kapitus LLC | 2500Wilson Blvd Suite 350 | | Arlington | VA | 22201 | jmcspadden@kapitus.com |
| 7 - Top 40 Unsecured | DSRG LP - Little Big Burger Progress Ridge | DSRG - Progress Ridge | PO BOX 664001 | Dallas | TX | 75266 | jalexander@sussmanshank.com |
| 7 - Top 40 Unsecured | IPFS Corporation - Chanticleer Holdings | 24722 Network Place | | Chicago | IL | 60673-1247 | scc.payments@ipfs.com |
| 7 - Top 40 Unsecured | Liberty Mutual Insurance | PO Box 1449 | | New York | NY | 10116-1449 | michael.grosnick@libertymutual.com |
| 7 - Top 40 Unsecured | C&H Capital Inc. - Chanticleer Holdings | 2020 Stone Meadown Way | | Cumming | GA | 30041 | jwassad@bellsouth.net |
| 7 - Top 40 Unsecured | Elliott Davis Decosimo PLLC | PO Box 6286 | | Greenville | SC | 29606 | richard.battle@elliottdavis.com |
| 7 - Top 40 Unsecured | Columbia Crossing I, LLC - Burger Joint Columbia | PO Box 30344 | | Tampa | FL | 33630 | TAnkeny@kimcorealty.com |
| 7 - Top 40 Unsecured | RREEF America REIT II Corp. GG | PO Box 209268 | | Austin | TX | 78720-9268 | michele.baker@am.jll.com |
| 7 - Top 40 Unsecured | Barran Liebman LLP | 601 SW 2nd Avenue, Ste 2300 | | Portland | OR | 97204 | ASchpak@barran.com |
| 7 - Top 40 Unsecured | Arthur J. Gallagher Risk Management Services, Inc. - Chanticleer Holdings | PO Box 532143 | | Atlanta | GA | 30353 | charles_warren@ajg.com |
| 7 - Top 40 Unsecured | Chatterbox Media (Pty) Ltd - Chanticleer Holdings | The Core Building, 3rd Floor, ICT Avenue | | Ebene | Quatre Bomes 7235 | roger@chatterbox.mu |
| 7 - Top 40 Unsecured | The Ardea - Mept 3720 Portland - Little Big Burger Waterfront | 3720.SW Bond Ave. #150 | | Portland | OR | 97239 | ardeamgr@greystar.com |
| 7 - Top 40 Unsecured | Bullard Law - Chanticleer Holdings | 200 SW Market St | Suite 1900 | Portland | OR | 97201 | akitchen@bullardlaw.com |
| 7 - Top 40 Unsecured | RREEF AMERICA REIT  II CORP GG - Little Big Burger Lake Oswego | PO Box 209268 | | Austin | TX | 78720-9268 | michele.baker@am.jll.com |
| 7 - Top 40 Unsecured | Munsch Hardt Kopf & Harr, P.C. | 500 N. Akard Street | Suite 4000 | Dallas | TX | 75201-6659 | rkibby@munsch.com |
| 7 - Top 40 Unsecured | Kapitus LLC | 2500Wilson Blvd Suite 350 | | Arlington | VA | 22201 | jmcspadden@kapitus.com |
| 7 - Top 40 Unsecured | DT Marketing - Chanticleer Holdings | 200 Spectrum Center Dr, Ste 300 | | Irvine | CA | 92618 | accounting@dtmarketing.net |
| 7 - Top 40 Unsecured | NC Department of Revenue | PO Box 25000 | | Raleigh | NC | 27640-0520 | |
| 7 - Top 40 Unsecured | Pin Oak Center LTD | 8554 KATY FREEWAY #301 | | HOUSTON | TX | 77024 | bernice@freewayproperties.net |
| 7 - Top 40 Unsecured | Provident Hospitality Group | 1800 Valley View Lane | Suite 150 | Dallas | TX | 75234 | jennifer@phgcfo.com |
| 7 - Top 40 Unsecured | Ecton Law Firm PA | 7911 Broad River Rd, Ste 100 | | Irmo | SC | 29063 | jecton@ectonlawfirm.com |
| 7 - Top 40 Unsecured | Eblen Freed | 1040 NE 44th Avenue | Suite 4 | Portland | OR | 97213 | tim@eblenfreed.com |
| 8 - Governmental Agency | Office of the United States Attorney | 3rd Floor, 1100 Commerce Street | | Dallas | TX | 75242-1699 | - |
| 8 - Governmental Agency | Office of the Attorney General | Main Justice Building, Room 5111 | 10th & Constitution Avenue, N.W. | Washington | DC | 20530 | - |
| 8 - Governmental Agency | Small Business Administration | 4300 Amon Carter Blvd. Suite 114 | | Fort Worth | TX | 76155 | - |
| 8 - Governmental Agency | Department of Veteran's Affairs | Finance Section (24) - One Veterans Plaza | 701 Clay Avenue | Waco | TX | 76799 | - |
| 8 - Governmental Agency | United States Postal Service | Law Dept., SW Field Office | PO Box 227078 | Dallas | TX | 75222-7078 | - |
| 8 - Governmental Agency | Texas Attorney General's Office | Bankruptcy - Collections Div. | PO Box 12548 | Austin | TX | 78711-2548 | - |
| 8 - Governmental Agency | Texas Comptroller of Public Accounts | Revenue Accounting - Bankruptcy | PO Box 13528 | Austin | TX | 78711 | - |
| 8 - Governmental Agency | Texas Workforce Commission | TEC Building - Bankruptcy | 101 East 15th Street | Austin | TX | 78778 | - |