Richard G. Grant
Tex. Bar No. 08302650
CM LAW PLLC
National Litigation Support Center
13101 Preston Road, Suite 110-1510
Dallas, Texas 75240
Telephone: 214-210-2929
Email: rgrant@cm.law

ATTORNEYS FOR
DEBTORS IN POSSESSION

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 24-42483-MXM-11 |
| | § | (Jointly Administered) |
| AMERGENT HOSPITALITY GROUP, INC.; | § | Chapter 11 |
| et al., | § | |
| | § | |
| | § | **Hearing:** |
| Debtors. | § | October 21, 2025 at 1:30 p.m. (CT) |
| | § | |

**DEBTORS' WITNESS AND EXHIBIT LIST
FOR CONFIRMATION HEARING**

The Debtors hereby submit the following witness and exhibit list with respect to the hearings scheduled for hearing on Thursday, August 28, 2025 at 1:30 p.m. and any continuances thereof:

**Witnesses**: The Debtor may call any one or more of the following witnesses: (a) Mike Pruitt, President; (b) Steve Hoelscher, CFO; and (c) any witnesses called or designated by any other party in this action; and any rebuttal and/or impeachment witnesses, as appropriate.

**Exhibits**: The Debtor reserves all rights to introduce and/or request judicial notice of all pleadings filed in this case as well as any or all of the following Exhibits as evidence at hearing, each as may be amended, and expressly including any filed responses thereto, and any exhibits, schedules, addenda, and any and all other attachments or amendments thereto:

| Exhibit No. | Description | ECF |
|---|---|---|
| D1 | First Amended Joint Chapter 11 Plan of Liquidation of Amergent Hospitality Group, Inc. and Its Jointly Administered Debtors dated September 2, 2025 | 269 |
| D2 | First Amended Disclosure Statement for the Joint Chapter 11 Plan of Liquidation Amergent Hospitality Group, Inc. and Its Jointly Administered Debtors dated September 2, 2025 | 270 |
| D3 | Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Forms of Ballots and Notices in Connection Therewith, (III) Scheduling Certain Dates with Respect Thereto, (IV) Modifying the Requirement to Provide Notice Direct to the Equity Security Holders, and (V) Granting Related Relief | 260 |
| D4 | Certificate of Service | 262 |
| D5 | Supplemental Certificate of Service | 267 |
| D6 | Supplemental Certificate of Service | 272 |
| D7 | Certification of Ballots Received, Report of Creditor Acceptance of First Amended Joint Chapter 11 Plan of Liquidation of Amergent Hospitality Group, Inc. and Its Jointly Administered Debtors and Declaration in Support | |
| D8 | Debtor's Supplement to First Amended Joint Plan of Liquidation of Amergent Hospitality Gorup, Inc. And Its Jointly Administered Debtors | 271 |
| D9 | Declaration of Mike Pruitt in Support of Confirmation | |
| D10 | Stipulation And Settlement in Aid of Confirmation Reward Network Establishment Services, Inc. | 273 |
| D11 | Proposed Confirmation Order | |

Debtors reserve the right to supplement this Witness and Exhibit List as necessary to introduce any other documents designated by any other party or attached to pleadings in this matter or to rebut the testimony of witnesses called or exhibits designated by any other party. Debtors reserve the right to hereafter supplement, amend, or modify this list as appropriate. Debtors also reserve the right to present demonstrative exhibits.

Dated: October 18, 2025

Respectfully Submitted,

CM LAW PLLC


By:    /s/ Richard Grant           
       Richard G. Grant
       Tex. Bar No. 08302650

National Litigation Support Center
13101 Preston Road, Suite 110-1510
Dallas, Texas 75240
Telephone: 214-210-2929
Email: rgrant@cm.law

ATTORNEYS FOR
DEBTOR IN POSSESSION


## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that he has transmitted a true and correct copy of the foregoing via the Court's Electronic Case Filing system to all persons participating therein on October 18, 2025.


/s/ Richard Grant          
Richard G. Grant