BTXN 208 (rev. 07/09)

IN RE: Amergent Hospitality Group, Inc.      Confirmation Hearing (ECF 248)      Case # 24–42483–mxm11

DEBTOR

**TYPE OF HEARING**

Amergent Hospitality Group, Inc.                     *VS*

**PLAINTIFF / MOVANT**                                                      **DEFENDANT / RESPONDENT**

Richard G. Grant

**ATTORNEY**                                                                              **ATTORNEY**

**<u>EXHIBITS</u>**

Admitted Exhibits D1–D11 found at ECF 274

Myah Trevino                              10/21/2025                        Mark X. Mullin

REPORTED BY                          HEARING                         JUDGE PRESIDING
                                                DATE