

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 21, 2025**

United States Bankruptcy Judge

---

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AMERGENT HOSPITALITY GROUP, INC.; | § | Case No. 24-42483-MXM-11 |
| et al.,[1] | § | (Jointly Administered) |
| | § | Chapter 11 |
| Debtors. | § | |

**ORDER CONFIRMING FIRST AMENDED JOINT CHAPTER 11 PLAN
OF LIQUIDATION OF AMERGENT HOSPITALITY GROUP, INC. AND
ITS JOINTLY ADMINISTERED DEBTORS DATED SEPTEMBER 2, 2025
(PERTAINS TO DOCKET NOS. 269)**

On October 21, 2025 at 1:30 p.m., the Court conducted a confirmation hearing (the

"Hearing") on the *First Amended Joint Chapter 11 Plan of Liquidation of Amergent Hospitality*

*Group, Inc. and Its Jointly Administered Debtors dated September 2, 2025* (ECF 269, as

---

[1] The jointly administered debtors ("Debtors') are Amergent Hospitality Group, Inc. (24-42483); I10/I20 Cuisine LLC (24-42482); LBB Acquisition, LLC (24-42484); LBB Acquisition 1 LLC (24-42485); LBB Platform LLC (24-42487); LBB Lake Oswego LLC (24-42489); LBB Progress Ridge LLC (24-42490); Noveno LLC (Alberta) (24-42491); Quinto LLC (Division) (24-42492); Sexto LLC (Waterfront) (24-42493); and Cuarto LLC (24-42494).

modified, amended, restated and supplemented, the "Plan"), as supplemented by the *Notice of Supplement to Joint Plan* (ECF 271), submitted by the Debtors. No parties timely objected to confirmation of the Plan. The Debtor appeared at the Hearing and presented evidence and argument in support of Plan confirmation.

Based upon a review of the Plan itself, other pleadings filed in the Debtor's Chapter 11 case, the Court's own Docket, the evidence adduced at trial, and the arguments of counsel, the Court finds and concludes that (a) the Court has jurisdiction to consider the matter pursuant to 28 U.S.C. §§ 1334 and 157(b)(1) and that this is a core matter pursuant to 11 U.S.C. § 157(b)(2)(A) and (L); (b) the Debtors adequately provided notice of the Plan, the deadlines for balloting and objection to confirmation, and notice of the Hearing to all known creditors and parties in interest; (c) the Plan and the Debtors have satisfied the requirements of 11 U.S.C. §§1122, 1123, 1125 and 1129 and all other provisions of Title 11 necessary for confirmation of the Plan and the Plan should be confirmed; and therefore ORDERS, ADJUDGES and DECREES a follows:

1.  The Plan complies with all applicable provisions of the Bankruptcy Code and applicable Bankruptcy Rules relating to confirmation and is hereby CONFIRMED under 11 U.S.C. §§ 1129(a) and (b).

2.  The provisions of the Plan are binding upon the Debtor, creditors, and all parties in interest.

3.  In accordance with 11 U.S.C. § 1142, the Debtor is authorized and directed without the need for any further approval to immediately take any action necessary or appropriate to implement, effectuate, and consummate the Plan and any transactions contemplated thereby or by this Order in accordance with their respective terms.  Mike Pruitt, individually, shall act as the Plan Trustee and is authorized to perform as such under the Plan.

4. *Rewards Network*. Notwithstanding anything to the contrary in the Plan, Rewards Network's Allowed Secured Claim in the amount of $90,000 will be classified in Class 1 of each of the LBB Debtors and shall be satisfied in full by payment of a single lump-sum in the amount of $90,000 upon the Effective Date. Notwithstanding anything to the contrary in the Plan, Rewards Network's Allowed Unsecured Claims (i) against BCK in the amount of $95,542.39, and (ii) against the LBB Debtors in the amount of $14,294.20 shall be classified in Class 3. Pursuant to the Plan, Class 3 shall receive on the Initial Distribution Date, or as soon thereafter as is practicable, and on subsequent Distribution Dates as specified in the Trust Agreement, a Pro Rata Distribution of the Net Available Proceeds under the Plan until such time as the Allowed amount of such Claim is paid in full.

5. In the event of any conflict between this Confirmation Order and the provision of the Plan, the provisions of this Confirmation Order shall prevail.

6. The Court retains jurisdiction to resolve any disputes regarding the interpretation or enforcement of the Plan and this Confirmation Order.

*** END OF ORDER ***

Submitted by:

Richard G. Grant
CM LAW PLLC
National Litigation Support Center
13101 Preston Road, Suite 110-1510
Dallas, Texas 75240
Telephone: 214-210-2929
Email: rgrant@cm.law

COUNSEL FOR
DEBTORS IN POSSESSION

United States Bankruptcy Court

Northern District of Texas

In re:

Amergent Hospitality Group, Inc.

    Debtor

Case No. 24-42483-mxm

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 21, 2025 | Form ID: pdf024 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2025:**

**Recip ID**      **Recipient Name and Address**
db      +   Amergent Hospitality Group, Inc., Attn: Mike Pruitt, 7529 Red Oak Ln, Charlotte, NC 28226-7246

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**    **Bypass Reason**   **Name and Address**
aty          Culhane PLLC

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2025          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2025 at the address(es) listed below:

**Name**          **Email Address**

Allyson D. Gault

     on behalf of Creditor U.S. Department of Labor gault.allyson.d@dol.gov  hayer.julia.b@dol.gov

Cody Hoesly

     on behalf of Creditor ORE 3810 D Street LLC choesly@bargsinger.com  ajoyaux@bargsinger.com

Darrell Wayne Cook

     on behalf of Creditor 2032-2038 NE Alberta  LLC all@cookkeithdavis.com, all@attorneycook.com

Eric Thomas Haitz

     on behalf of Creditor Houston Gulfgate Partners  L.P. eric.haitz@bondsellis.com, linda.gordon@bondsellis.com

Garrett Eggen

District/off: 0539-4                                    User: admin                                         Page 2 of 3

Date Rcvd: Oct 21, 2025                             Form ID: pdf024                                    Total Noticed: 1

on behalf of Creditor DS Progress Ridge  LLC geggen@sussmanshank.com

Harrison Pavlasek

on behalf of Creditor ORE 3810 D Street LLC harrison.pavlasek@kellyhart.com

Iain L. C. Kennedy

on behalf of Creditor Willowbrook I Shopping Center  L.L.C. ikennedy@nathansommers.com, clemons@nathansommers.com

Isaac M. Gabriel

on behalf of Creditor Rewards Network Establishment Services Inc. gabriel.isaac@dorsey.com  lonon.sandy@dorsey.com

J. Brian Vanderwoude

on behalf of Creditor Rewards Network Establishment Services Inc. vanderwoude.brian@dorsey.com  Haydon.jean@dorsey.com

James Scott Douglass

on behalf of Creditor BFO 45  LTD. jsd@aol.com

James Scott Douglass

on behalf of Creditor Pin Oak Centre  LTD jsd@aol.com

Joel F. Newell

on behalf of Creditor RREEF America REIT II Corp. GG newellj@ballardspahr.com  PHXLitLAAs@ballardspahr.com

John Mark Stern

on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-jstern@oag.texas.gov,
sherri.simpson@oag.texas.gov

Karl Burrer

on behalf of Creditor Courtside PropCo  LLC burrerk@gtlaw.com, jamrokg@gtlaw.com

Karl Burrer

on behalf of Creditor 1410 Orchard Street  LLC burrerk@gtlaw.com, jamrokg@gtlaw.com

Layla Danielle Milligan

on behalf of Interested Party Texas Alcoholic Beverage Commission layla.milligan@oag.texas.gov

Melissa Emily Valdez

on behalf of Creditor PASADENA INDEPENDENT SCHOOL DISTRICT AND CITY OF HOUSTON mvaldez@pbfcm.com
mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Michael Galen

on behalf of Creditor Rewards Network Establishment Services Inc. galen.michael@dorsey.com  Lonon.sandy@dorsey.com

Patrick J. Neligan, Jr.

on behalf of Creditor Oz Rey  LLC pneligan@neliganlaw.com,
rclark@neliganlaw.com;jgaither@neliganlaw.com;cperkins@neliganlaw.com;rclark@ecf.courtdrive.com

Richard G. Grant

on behalf of Debtor LBB Platform LLC rgrant@cm.law  9647801420@filings.docketbird.com

Richard G. Grant

on behalf of Debtor Amergent Hospitality Group  Inc. rgrant@cm.law, 9647801420@filings.docketbird.com

Richard G. Grant

on behalf of Jointly Administered Party/Debtor LBB Acquisition 1 LLC rgrant@cm.law  9647801420@filings.docketbird.com

Richard G. Grant

on behalf of Jointly Administered Party/Debtor LBB Lake Oswego LLC rgrant@cm.law  9647801420@filings.docketbird.com

Richard G. Grant

on behalf of Jointly Administered Party/Debtor LBB Progress Ridge LLC rgrant@cm.law  9647801420@filings.docketbird.com

Richard G. Grant

on behalf of Debtor I10/I20 Cuisine LLC rgrant@cm.law  9647801420@filings.docketbird.com

Richard G. Grant

on behalf of Debtor LBB Acquisition 1 LLC rgrant@cm.law  9647801420@filings.docketbird.com

Richard G. Grant

on behalf of Debtor Cuarto LLC rgrant@cm.law  9647801420@filings.docketbird.com

Richard G. Grant

on behalf of Debtor LBB Lake Oswego LLC rgrant@cm.law  9647801420@filings.docketbird.com

Richard G. Grant

on behalf of Debtor Quinto LLC rgrant@cm.law  9647801420@filings.docketbird.com

Richard G. Grant

on behalf of Jointly Administered Party/Debtor Cuarto LLC rgrant@cm.law  9647801420@filings.docketbird.com

Richard G. Grant

on behalf of Jointly Administered Party/Debtor Quinto LLC rgrant@cm.law  9647801420@filings.docketbird.com

District/off: 0539-4
User: admin
Page 3 of 3

Date Rcvd: Oct 21, 2025
Form ID: pdf024
Total Noticed: 1

Richard G. Grant

on behalf of Debtor Noveno LLC rgrant@cm.law 9647801420@filings.docketbird.com

Richard G. Grant

on behalf of Debtor LBB Acquisition  LLC rgrant@cm.law, 9647801420@filings.docketbird.com

Richard G. Grant

on behalf of Debtor LBB Progress Ridge LLC rgrant@cm.law 9647801420@filings.docketbird.com

Richard G. Grant

on behalf of Jointly Administered Party/Debtor I10/I20 Cuisine LLC rgrant@cm.law 9647801420@filings.docketbird.com

Richard G. Grant

on behalf of Jointly Administered Party/Debtor LBB Platform LLC rgrant@cm.law 9647801420@filings.docketbird.com

Richard G. Grant

on behalf of Debtor Sexto LLC rgrant@cm.law 9647801420@filings.docketbird.com

Richard G. Grant

on behalf of Jointly Administered Party/Debtor Sexto LLC rgrant@cm.law 9647801420@filings.docketbird.com

Ryan Christopher Hall

on behalf of Creditor 3720 South Bond Owner  LLC ryan.hall@millernash.com

Tara L. Grundemeier

on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Lone Star College System houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@lgbs.com

United States Trustee

ustpregion06.da.ecf@usdoj.gov


TOTAL: 45